IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH LAWTON WATKINS,<br><br>            Plaintiff,<br><br>    vs.<br><br>B. MURRELLS, et al.,<br><br>            Defendants.<br>_____ / | Case No. 1:10-cv-02290 JLT (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS<br><br>(Doc. 5) |

Plaintiff is a state prisoner proceeding pro se and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On December 20, 2010, Plaintiff filed a motion seeking sanctions against the defendants pursuant to Local Rule 110 and Federal Rule of Civil Procedure 41(b). Local Rule 110 authorizes the Court to impose sanctions on a party that fails to abide by a Court order or the rules of the Court. Federal Rule of Civil Procedure 41(b) governs the circumstances in which an action may be dismissed for plaintiff's failure to prosecute. Neither rule, however, applies here. The Court has yet to screen and authorize service of Plaintiff's complaint, and Defendants are under no obligation to appear and litigate this action at this time.

Accordingly, it is HEREBY ORDERED that Plaintiff's December 20, 2010, motion for sanctions (Doc. 5) is DENIED.

IT IS SO ORDERED.

Dated:   **December 23, 2010**                      **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE