IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH LAWTON WATKINS,<br><br>    Plaintiff,<br><br>    vs.<br><br>B. MURRELLS, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:10-cv-02290 JLT (PC)<br><br>ORDER DENYING APPLICATIONS TO PROCEED IN FORMA PAUPERIS<br><br>(Docs. 10 & 11) |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 4, 2011, Plaintiff filed two completed applications to proceed *in forma pauperis*. Plaintiff, however, is already proceeding *in forma pauperis* in this action. (Doc. 4.)

Accordingly, it is HEREBY ORDERED that Plaintiff's January 4, 2011, applications to proceed *in forma pauperis* (Docs. 10 & 11) are DENIED AS MOOT.

IT IS SO ORDERED.

Dated:  **January 7, 2011**               /s/ Jennifer L. Thurston
                              UNITED STATES MAGISTRATE JUDGE

1